IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 06-cr-00368-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHELLE ANN ABEYTA,

    Defendant.

## MINUTE ORDER[1]

    On **May 21, 2010**, commencing at 8:30 a.m., the court shall conduct a hearing on the petition for revocation of supervised release. That, to the extent necessary, the United States Marshal shall assist in securing the defendant's appearance for this hearing.

    Dated: March 26, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.